**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Joan  Gottlieb  Mendell v. Laurence Scott and Rachel Chaput

Appellate case number:   01-20-00578-CV

Trial court case number:  475348

Trial court:             Probate Court No. 1 of Harris County

      Appellant's Unopposed Third Motion to Extend Time to File Appellant's Reply Brief is GRANTED. Appellant's reply brief is due on or before **May 2, 2022**. Further motions to extend the deadline for appellant's reply brief are discouraged and will not be granted absent a showing of extraordinary circumstances.

      It is so ORDERED.

Judge's signature: /s Amparo Guerra
                    Acting individually


Date: April 14, 2022